UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHERYLANN SUNDHOLM,

                Plaintiff,

v.

NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,

                Defendant.

CASE NO. C18-5710-RSM-MAT

REPORT AND RECOMMENDATION

Plaintiff brought this action to seek judicial review of denial of disability benefits by the Commissioner of the Social Security Administration. The parties now stipulate this case should be reversed and remanded for further proceedings. (Dkt. 14.)

Based on the stipulation of the parties, the Court recommends this case be REVERSED and REMANDED for a *de novo* hearing and further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge shall (1) offer plaintiff the opportunity to submit additional evidence and arguments; (2) offer plaintiff the opportunity for a new hearing; (3) reevaluate the medical opinion evidence as a whole, including

REPORT AND RECOMMENDATION
PAGE - 1

any additional evidence submitted; (4) reevaluate residual functional capacity in accordance with Social Security Ruling (SSR) 96-8p; and (5) if warranted, obtain supplemental vocational expert evidence. The parties also agree reasonable attorney fees will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

The Court recommends United States District Judge Ricardo S. Martinez immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A proposed order accompanies this Report and Recommendation.

DATED this 22nd day of April, 2019.

Mary Alice Theiler
United States Magistrate Judge